**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ISRAEL QUINONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| HOME DEPOT, U.S.A. INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendant, HOME DEPOT U.S.A., INC., by and through its attorney NOEL B. HABEREK, JR., of McVEY & PARSKY, LLC, and pursuant to 28 U.S.C.A. 1332, 1441 and 1446, hereby provides notice of its removal of this cause pursuant to said statutes for the following reasons:

1. On or about March 8, 2022, there was commenced and is now pending in the Circuit Court of Cook County, Illinois, County Department, a certain civil action under Case No. 2022 L 002215 in which ISRAEL QUINONES, is the Plaintiff, and HOME DEPOT U.S.A., INC. is the Defendant.

2. The aforementioned lawsuit is brought by the Plaintiff seeking damages for personal injuries under negligence/premises liability theory. The Plaintiff's Complaint prays for damages in a sum greater than $50,000.

3. Plaintiff's Complaint alleges that he suffered injuries as a result of an incident at Home Depot on July 16, 2021 see attached Exhibit A. On April 14, 2022, Defendant filed its appearance, answer and affirmative defenses to plaintiff's complaint. See attached Exhibit B.

Plaintiff is alleging injuries to his neck and shoulder which required neck surgery. As such Plaintiff's damages will exceed $75,000.00.

4. The Defendant states that the above lawsuit involves a controversy with complete diversity of citizenship between citizens of different states, and the Defendant affirmatively states further:

(a) Plaintiff was at the commencement of this action, and is now, a citizen of the State of Illinois, and is a resident of the State of Illinois, and is not a citizen of the State of Delaware or the State of Georgia.

(b) The Defendant, HOME DEPOT U.S.A., INC., is a corporation duly created and organized by and under the laws of the State of Delaware with its principal place of business in the State of Georgia, and was not and is not a corporation created or organized under the laws of the State of Illinois, nor does it have its principal place of business in the State of Illinois.

5. This matter involves a controversy between an individual who is a resident of the State of Illinois and a corporation organized pursuant to the laws of a state other than Illinois, and who has its principal place of business in a state other than Illinois. Further, the amount in controversy involves more than $75,000.00, exclusive of interest and costs. Accordingly, the District Court for the United States has original jurisdiction over this lawsuit.

6. This Notice of Removal is timely as it is within thirty (30) days of service, which was March 23, 2022.

7. Attached hereto, and made a part hereof, are copies of the following documents filed by the Plaintiff and forwarded by the Defendant for filing in the Circuit Court of County, Illinois, County Department, Illinois under case #2022 L 002215.

- Plaintiff's Complaint at Law;
- Defendant's Appearance;
- Answer and Affirmative Defenses

To the Defendant's knowledge, no other documents, or pleadings were filed in said lawsuit.

8. Notice of the filing of this Removal has been given to all parties as required by law and is attached hereto. A true and correct copy of this Removal has been filed with the Circuit Court of Cook County, Illinois – Law Division, as provided by law.

9. The Defendant herein on removal demands this case be tried by a jury.

WHEREFORE, the Defendant, HOME DEPOT U.S.A., INC., prays that it may affect removal of the within action from the Circuit Court of Cook County, Illinois – Law Division, to the United States District Court for the Northern District of Illinois – Eastern Division, and that the matter be tried before a jury.

Respectfully submitted,

HOME DEPOT U.S.A., INC.

BY: */s/ Noel B. Haberek, Jr.*
Noel B. Haberek Jr. (ARDC#6203567)
One of Its Attorneys

Noel B. Haberek, Jr.
McVEY & PARSKY, LLC
30 N. LaSalle Street, Suite 2100
Chicago, IL 60602
Ph.: 312/551-2130
Fax: 312/551-2131
E/M: nbh@mcveyparsky-law.com